**Motion Denied and Order filed December 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00809-CV

_____

## IN THE INTEREST OF M.H. AND A.H

---

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 33831**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellants' brief was due **November 20, 2017,** but it was not filed. On November 21, 2017, this court ordered appointed counsel, Michael Casaretto, to file a brief on or before December 1, 2017. In response, appellants requested an extension of time to file a brief. The court granted the motion in part and ordered appellants' brief filed no later than **December 20, 2017**. No brief has been filed. Appellants have requested an additional extension of time to file a brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed, which in this case is March 14, 2018. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines. Accordingly, we deny the request and issue the following order.

We ORDER the judge of the 506th District Court to immediately conduct a hearing to determine (1) the reason for the failure to file a brief; (2) whether appellants desire to continue this appeal; and (3) if appellants desire to continue the appeal, a date certain when appellants' brief will be filed. The judge shall appoint new appellate counsel for appellants if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **January 8, 2018.**

If the appellants' brief is filed before the date set for the hearing, the trial court need not hold a hearing.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.